PEOPLE ex rel. OSWEGO CANAL CO. v. OSWEGO.  117

FOURTH DEPARTMENT, JUNE TERM, 1875.

THE PEOPLE ex rel. THE OSWEGO CANAL COMPANY
v. THE CITY OF OSWEGO and others.*

WRIT of *certiorari* to review the proceedings of the city of Oswego and the assessors thereof, in taxing the relator upon its stock in said city, in 1873.   The General Term *held:*  First.  That as to matters relied upon to exempt a person or his property from taxation, which, from their nature, are only known to him or the witness he may produce, where there is no evidence impairing materially the force of it known or proved to the assessors, the evidence on the part of the person assessed concludes the assessors, and they must assume the matters sworn to to be true, and correct the roll accordingly.   Second.  If the assessors know of facts, or they are proved before them, rebutting or essentially qualifying the evidence on the part of the person assessed, and he does not, on being informed of the facts which are known to the assessors, satisfactorily rebut or explain them, they are not concluded by his evidence. Third.  The assessors are not in any case concluded by the opinion of witnesses as to the value of either real or personal property, unless the evidence on the part of persons assessed is the only evidence before them, and they have no information or evidence that leads them to different or higher estimates.

*C. T. Richardson,* for relator.   *W. A. Poucher,* for defendants.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Assessment reduced, and as reduced affirmed.

* Decided at April term, 1875.